IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY WELLS,

    Petitioner,　　　　　　　　　No. CIV S-10-3315 EFB P

  vs.

U.S. DISTRICT COURT,

    Respondent.　　　　　　　　　<u>ORDER</u>

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. However, petitioner has commenced this action in the wrong district.

    Petitioner is incarcerated in Kern County and was convicted in Los Angeles County. Pursuant to 28 U.S.C. § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. However, witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction. *Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499 n. 15 (1973); 28 U.S.C. § 2241(d). Therefore, the court transfers this action to the United States District Court for the Central District of California. 28 U.S.C. §§ 84(c)(2); 1404(a).

////

1  Accordingly, it is ORDERED that this action is transferred to the United States District
2  Court for the Central District of California.
3  DATED: December 15, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE